THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs
CRAIG YATES
and DISABILITY RIGHTS,
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU) HELP OTHERS, a California public benefit corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>RED'S RECOVERY ROOM INC., a California corporation; EDWARD A. MINATTA and ANNIE A. MINATTA as co-trustees of the EDWARD A. MINATTA and ANNIE A. MINATTA REVOCABLE INTERVIVOUS TRUST,<br><br>        Defendants. | **CASE NO. C07-04395 JCS**<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

party hereby consents to have a United States Magistrate Judge conduct any and all further

///

///

///

///

1    proceedings in the case, including trial, and the entry of a final judgment.  Appeal from the

2    judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

3

4    DATED: September 20, 2007          THOMAS E. FRANKOVICH
                                        *A PROFESSIONAL LAW CORPORATION*

5

6
                                        By:   /s. Thomas E. Frankovich
7                                               Thomas E. Frankovich
                                        Attorneys for Plaintiffs CRAIG YATES
8                                       and DISABILITY RIGHTS ENFORCEMENT,
                                        EDUCATION SERVICES:HELPING YOU HELP
9                                       OTHERS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28