THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:	415/674-8600
Facsimile:	415/674-9900

Attorneys for Plaintiffs
CRAIG YATES
and DISABILITY RIGHTS,
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RED'S RECOVERY ROOM INC., a California corporation; EDWARD A. MINATTA and ANNIE A. MINATTA as co-trustees of the EDWARD A. MINATTA and ANNIE A. MINATTA REVOCABLE INTERVIVOUS TRUST,<br><br>　　　　Defendants. | **CASE NO. C07-04395 JCS**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS EDWARD A. MINATTA AND ANNIE A. MINATTA**<br><br>(Fed. R.Civ. P. 41(a)(1)(i)) |

　　　　NOTICE IS HEREBY GIVEN that plaintiffs CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES, by and through their undersigned counsel of record, pursuant to Fed.R.Civ. P. 41(a)(1)(i), voluntarily dismiss defendants

///

///

///

///

///

NOTICE OF VOLUNTARY DISMISSAL	1

1  EDWARD A. MINATTA and ANNIE A. MINATTA as co-trustees of the EDWARD A.
2  MINATTA and ANNIE A. MINATTA REVOCABLE INTERVIVOUS TRUST, each party to
3  bear its own attorneys' fees, costs and litigation expenses.

5  Dated: October 24, 2007        THOMAS E. FRANKOVICH
                                  *A PROFESSIONAL LAW CORPORATION*

                                  By:  /s/
                                        Thomas E. Frankovich
                                  Attorneys for Plaintiffs CRAIG YATES and
                                  DISABILITY RIGHTS ENFORCEMENT, EDUCATION
                                  SERVICES:HELPING YOU HELP OTHERS

NOTICE OF VOLUNTARY DISMISSAL                                                2