# CERTIFICATE OR PROOF OF SERVICE

State of California        )
                           ) ss
County of San Francisco    )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS EDWARD A. MINATTA AND ANNIE A. MINATTA**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
　　☒ in first class U.S. Mail
　　☐ in ___ priority or ____ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐ by transmitting via facsimile to the fax number(s) set forth below.

☐ by causing personal delivery by Western Messenger Service.

☐ by personal hand-delivery.

addressed to:

Linda Skomro
Red's Recovery Room, Inc.
8175 Gravenstein Highway
Cotati, CA 94931-4126

Edward A. Minatta, Co-Trustee
Annie A. Minatta, Co-Trustee
4310 Hatteras Court
Rohnert Park, CA 94928

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on October 24, 2007, at San Francisco, California.

　　　　　　　　　　/s/_____
　　　　　　　　　　Maria V. Martinez
　　　　　　　　　　(Original signed)