1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs CRAIG YATES
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT. EDUCATION. SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>RED'S RECOVERY ROOM INC., a California corporation; EDWARD A. MINATTA and ANNIE A. MINATTA as co-trustees of the EDWARD A. MINATTA and ANNIE A. MINATTA REVOCABLE INTERVIVOUS TRUST,<br><br>    Defendants | CASE NO. C07-4395 JCS<br><br>**RETURN OF SERVICE RE DEFENDANTS** RED'S RECOVERY ROOM INC., a California corporation; EDWARD A. MINATTA and ANNIE A. MINATTA as co-trustees of the EDWARD A. MINATTA and ANNIE A. MINATTA REVOCABLE INTERVIVOUS TRUST |

**RETURN OF SERVICE RE DEFENDANTS** RED'S RECOVERY ROOM INC., a California corporation; EDWARD A. MINATTA and ANNIE A. MINATTA as co-trustees of the EDWARD A. MINATTA and ANNIE A. MINATTA REVOCABLE INTERVIVOUS TRUST

| Attorney or Party without Attorney | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No: 415-674-9900 | | | Ref No. or File No.: | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: CRAIG YATES, et al. | | | | |
| Defendant: RED'S RECOVERY ROOM INC., et al | | | | |
| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 4395-JCS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Public Notice; Letter Dated September 5, 2007; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title III; Notice Of Rule Discontinuing Service By Mail; Contents Of Joint Case Management Statement; Ecf Registration Information Handout.

3. a. Party served: RED'S RECOVERY ROOM INC.
   b. Person served: LINDA SKOMRO, OWNER/PARTNER/AUTHORIZED AGENT

4. Address where the party was served: 8175 GAVENSTEIN HIGHWAY
   COTATI, CA 94931

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Oct. 08, 2007 (2) at: 11:44AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: RED'S RECOVERY ROOM INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ALENE RUMMEL
   
   First Legal Support Services
   ATTORNEY SERVICES
   301 CIVIC CENTER DR. WEST
   Santa Ana, CA 92701
   (714) 541-1110, FAX (714) 541-8182
   
   d. The Fee for Service was:
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: P-371
       (iii) County: Sonoma

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Thu, Oct. 11, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(ALENE RUMMEL)
6377467.frogr-sf91344

| Attorney or Party without Attorney | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No. 415-674-8600    FAX No: 415-674-9900 | |
| Ref No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: CRAIG YATES, et al.
Defendant: RED'S RECOVERY ROOM INC., et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date | Time | Dept/Div | Case Number:<br>C 07 4395-JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Public Notice, Letter Dated September 5, 2007, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Notice Of Rule Discontinuing Service By Mail; Contents Of Joint Case Management Statement, Ecf Registration Information Handout.

3. a. Party served:    EDWARD A. MINATTA, as co-trustee of the EDWARD A. MINATTA and ANNIE A. MINATTA REVOCABLE INTERVIVOUS TRUST

4. Address where the party was served:    4310 HATTERAS COURT
   ROHNERT PARK, CA 94928

5. I served the party.
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Oct. 09, 2007 (2) at 9:47AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ALENE RUMMEL
   First Legal Support Services
   ATTORNEY SERVICES
   301 CIVIC CENTER DR. WEST
   Santa Ana, CA 92701
   (714) 541-1110, FAX (714) 541-8182

   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: P-371
      (iii) County: Sonoma

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Thu, Oct. 11, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(ALENE RUMMEL)
6377468.fragr-sf.91348

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No. 415-674-9900 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court Northern District Of California | | | | |
| Plaintiff: CRAIG YATES, et al. | | | | |
| Defendant: RED'S RECOVERY ROOM INC., et al. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 4395 -JCS |

1. At the time of service I was at least 18 years of age and not a party to this action

2. I served copies of the Summons In A Civil Case Complaint For Injunctive Relief And Damages, Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Public Notice; Letter Dated September 5, 2007; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Notice Of Rule Discontinuing Service By Mail, Contents Of Joint Case Management Statement, Ecf Registration Information Handout

3. a Party served: ANNIE A. MINATTA as co-trustee of the EDWARD A. MINATTA and ANNIE A. MINATTA REVOCABLE INTERVIVOUS TRUST

4. Address where the party was served: 4310 HATTERAS COURT
ROHNERT PARK, CA 94928

5. I served the party:
   a by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Oct. 08, 2007 (2) at: 12:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers: Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ALENE RUMMEL
   
   First Legal Support Services
   ATTORNEY SERVICES
   801 CIVIC CENTER DR. WEST
   Santa Ana, CA 92701
   (714) 541-1110, FAX (714) 541-8182
   
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: P-371
      (iii) County: Sonoma

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Thu, Oct. 11, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(ALENE RUMMEL)
6377469.fragr-sf.91349

# CERTIFICATE OR PROOF OF SERVICE

State of California    )
                       ) ss
County of San Francisco )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**RETURN OF SERVICE RE DEFENDANTS RED'S RECOVERY ROOM INC., a California corporation; EDWARD A. MINATTA and ANNIE A. MINATTA as co-trustees of the EDWARD A. MINATTA and ANNIE A. MINATTA REVOCABLE INTERVIVOUS TRUST**

on the interested parties in this action, conveyed as follows:

- ☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  - ☒ in first class U.S. Mail
  - ☐ in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

- ☐ by transmitting via facsimile to the fax number(s) set forth below.
- ☐ by causing personal delivery by Western Messenger Service.
- ☐ by personal hand-delivery.

addressed to:

Linda Skomro
Red's Recovery Room, Inc.
8175 Gravenstein Highway
Cotati, CA 94931-4126

Edward A. Minatta, Co-Trustee
Annie A. Minatta, Co-Trustee
4310 Hatteras Court
Rohnert Park, CA 94928

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on October 24, 2007, at San Francisco, California.

*/s/ Armetrice Cooper*
Armetrice Cooper
(Original signed)