1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:  415/674-8600
4  Facsimile:  415/674-9900

5  Attorneys for Plaintiffs CRAIG YATES
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>RED'S RECOVERY ROOM, INC., a California corporation and TOWNSEND CAPITAL PARTNERS, LLC<br><br>          Defendants | **CASE NO. C07-4395 JCS**<br><br>**RETURN OF SERVICE RE DEFENDANT TOWNSEND CAPITAL PARTNERS, LLC** |

RETURN OF SERVICE RE DEFENDANT TOWNSEND CAPITAL PARTNERS, LLC

1

| Attorney or Party without Attorney: THOMAS E. FRANKOVICH, Bar #74414 THE FRANKOVICH GROUP 2806 VAN NESS AVE. SAN FRANCISCO, CA 94109 Telephone No 415-674-8600    FAX No: 415-674-9900 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref No. or File No.: REDS RECOVERY ROOM |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: CRAIG YATES, et al.
Defendant: RED'S RECOVERY ROOM, INC., et al.

| PROOF OF SERVICE AMEN/SUMM-CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: C07-4395 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the AMENDED SUMMONS IN A CIVIL CASE, FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES.

3. a. Party served:   TOWNSEND CAPITAL PARTNERS, LLC

4. Address where the party was served:   1101 FIFTH AVENUE
   SUITE 300
   SAN RAFAEL, CA 94901

5. I served the party.
   b by substituted service. On: Wed., Dec 05, 2007 at: 4:15PM by leaving the copies with or in the presence of:
   LINDSEY ELKIN, EXECUTIVE ASSISTANT
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: TOWNSEND CAPITAL PARTNERS, LLC
   Other. LIMITED LIABILITY COMPANY

7. Person Who Served Papers:                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JIM RUIZ                                         d. The Fee for Service was:
                                                       e I am: (3) registered California process server
   First Legal Support Services                            (i) Independent Contractor
   ATTORNEY SERVICES                                       (ii) Registration No.:   186
   1138 HOWARD STREET                                      (iii) County:   Marin
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Dec. 11, 2007

   Judicial Council Form POS-010          PROOF OF SERVICE                    (JIM RUIZ)
   Rule 982.9.(a)&(b) Rev January 1, 2007  AMEN/SUMM-CIVIL CASE                              6387376.thofr-fg.102075

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | |
| Telephone No 415-674-8600    FAX No 415-674-9900 | | |
| | Ref. No or File No<br>REDS RECOVERY ROOM | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court Northern District Of California | | |
| Plaintiff: CRAIG YATES, et al. | | |
| Defendant: RED'S RECOVERY ROOM, INC., et al. | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div | Case Number:<br>C07-4395 JCS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the AMENDED SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:         Wed., Dec. 05, 2007
    b. Place of Mailing:        SAN FRANCISCO, CA 94103
    c. Addressed as follows:    TOWNSEND CAPITAL PARTNERS, LLC
                                1101 FIFTH AVENUE
                                SUITE 300
                                SAN RAFAEL, CA 94901

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Dec. 05, 2007 in the ordinary course of business.

5. Person Serving:                                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. AARON DANIEL                                          d. The Fee for Service was
    b. FIRST LEGAL SUPPORT SERVICES                          e. I am: Not a Registered California Process Server
       1138 HOWARD STREET
       SAN FRANCISCO, CA 94103
    c. 415-626-3111

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, Dec. 11, 2007

   Judicial Council Form POS-010                PROOF OF SERVICE              (AARON DANIEL)
   Rule 982.9.(a)&(b) Rev January 1, 2007          By Mail                    6387376.thofr-fg.102075

# CERTIFICATE OR PROOF OF SERVICE

State of California     )
                        ) ss
County of San Francisco )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**RETURN OF SERVICE RE DEFENDANT TOWNSEND CAPITAL PARTNERS, LLC**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  ☒ in first class U.S. Mail
  ☐ in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐ by transmitting via facsimile to the fax number(s) set forth below.

☐ by causing personal delivery by Western Messenger Service.

☐ by personal hand-delivery.

addressed to:

John H. Feldmann III, Esq.            Linda Skomro
Law Office of John H. Feldmann III    Red's Recovery Room, Inc.
211 Forbes Avenue                     8175 Gravenstein Highway
San Rafael, CA 94915                  Cotati, CA 94931-4126

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on January 3, 2008, at San Francisco, California.

*Armetrice Cooper*
Armetrice Cooper
(Original signed)