1  JOHN H. FELDMANN III (State Bar No. 61096)
   LAW OFFICES OF JOHN H. FELDMANN III
2  211 Forbes Ave.
   P.O. BOX 150329
3  SAN RAFAEL, CA 94915
   Telephone: (415) 453-8249
4  Facsimile:  (415) 453-5872

5  Attorney for Defendant
   TOWNSEND CAPITAL PARTNERS, LLC
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| CRAIG YATES, an individual; and, a California public benefit corporation | Case No. C07-4395 JCS |
| Plaintiffs, | |
| vs. | **TOWNSEND CAPITAL PARTNERS', LLC CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| RED'S RECOVERY ROOM, INC., a California corporation and TOWNSEND CAPITAL PARTNERS, LLC, Defendants. | |

17       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

18       In accordance with the provisions of Title 28, U.S.C. Section 636(c), Townsend Capital Partners, LLC voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: January 15, 2008

LAW OFFICES OF JOHN H. FELDMANN III

By: /s/ John H. Feldmann III
    John H. Feldmann III

Attorney for Defendant
TOWNSEND CAPITAL PARTNERS, LLC

TCP'S CONSENT TO PROCEED                        Case No. C07-4395 JCS
BEFORE A UNITED STATES
MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I declare that I am over the age of 18 and am not a party to this action. I am employed in the County of Marin, California. My business address is: Law Offices of John H. Feldmann, III; P.O. Box 150329; San Rafael, CA 94915.

On the date below, I served YATES and DREES and RED'S RECOVERY ROOM, INC. a copy of TOWNSEND CAPITAL PARTNERS', LLC CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE. The consent was served by electronic mail and mail on:

| | |
|---|---|
| Thomas E. Frankovich | Linda Skomro |
| tfrankovich@disabilitieslaw.com | Red's Recovery Room, Inc. |
| | 8175 Gravenstein Hwy |
| | Cotati, CA 94931-4126 |

I e-mail the consent to Frankovich, and placed it in the mail with prepaid postage on it and addressed to Skomro.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in San Rafael, California, on January 15, 2008.

*[signature]*
John H. Feldmann III