1  JOHN H. FELDMANN III (State Bar No. 61096)
   LAW OFFICES OF JOHN H. FELDMANN III
2  211 Forbes Ave.
   P.O. BOX 150329
3  SAN RAFAEL, CA 94915
   Telephone: (415) 453-8249
4  Facsimile: (415) 453-5872

5  Attorney for Defendant
   TOWNSEND CAPITAL PARTNERS, LLC
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
   CRAIG YATES, an individual; and, a          ) Case No. C07-4395 JCS
10 California public benefit corporation        )
                                                )
11          Plaintiffs,                         )
                                                ) TOWNSEND CAPITAL PARTNERS',
12     vs.                                      ) LLC CERTIFICATION OF
                                                ) INTERESTED ENTITIES OR
13 RED'S RECOVERY ROOM, INC., a                 ) PERSONS PURSUANT TO
   California corporation and TOWNSEND          ) NORTHERN DISTRICT LOCAL RULE
14 CAPITAL PARTNERS, LLC,                       ) 3-16
            Defendants.                         )
15 _____)

16

17
         Pursuant to Civil L.R. 3-16, I certify that the following listed persons, associations of
18
   persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have
19
   a financial interest in the subject matter in controversy or in party that could be substantially
20
   affected by the outcome of this proceeding:
21
         Thomas Monahan, the President and sole shareholder of Monahan-Pacific Construction
22
   Corporation, a privately held corporation, is the Managing Member of Townsend Capital
23
   Partners, LLC.

24 DATED: January 15, 2008

25 LAW OFFICES OF JOHN H. FELDMANN III

26 By: _____
        John H. Feldmann III
27
   Attorney for Defendant
28 TOWNSEND CAPITAL PARTNERS, LLC

## CERTIFICATE OF SERVICE

I declare that I am over the age of 18 and am not a party to this action. I am employed in the County of Marin, California. My business address is: Law Offices of John H. Feldmann, III; P.O. Box 150329; San Rafael, CA 94915.

On the date below, I served YATES and DREES and RED'S RECOVERY ROOM, INC. a copy of TOWNSEND CAPITAL PARTNERS', LLC CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO NORTHERN DISTRICT LOCAL RULE 3-16. The certification was served by electronic mail and mail on:

Thomas E. Frankovich  
tfrankovich@disabilitieslaw.com

Linda Skomro  
Red's Recovery Room, Inc.  
8175 Gravenstein Hwy  
Cotati, CA 94931-4126

I e-mail the certification to Frankovich, and placed it in the mail with prepaid postage on it and addressed to Skomro.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in San Rafael, California, on January 15, 2008.

John H. Feldmann III