1  JOHN H. FELDMANN III (State Bar No. 61096)
   LAW OFFICES OF JOHN H. FELDMANN III
2  211 Forbes Ave.
   P.O. BOX 150329
3  SAN RAFAEL, CA 94915
   Telephone: (415) 453-8249
4  Facsimile:  (415) 453-5872

5  Attorney for Defendant
   TOWNSEND CAPITAL PARTNERS, LLC
6

7                    UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| CRAIG YATES, an individual; and, a California public benefit corporation | Case No. C07-4395 JCS |
| Plaintiffs, | **TOWNSEND CAPITAL PARTNERS', LLC CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| RED'S RECOVERY ROOM, INC., a California corporation and TOWNSEND CAPITAL PARTNERS, LLC, Defendants. | |

    Pursuant to Federal Rule of Civil Procedure 7.1(a), Townsend Capital Partners, LLC ("TCP"), makes the following corporate disclosures:

    1. Thomas Monahan is the Managing Member of TCP and holds a 95% interest in TCP.
    2. Monahan is also the President and sole shareholder of Monahan-Pacific Construction Corporation, a privately held corporation, which holds a 5% interest in TCP.

DATED: January 15, 2008

LAW OFFICES OF JOHN H. FELDMANN III

By: _____
    John H. Feldmann III

Attorney for Defendant
TOWNSEND CAPITAL PARTNERS, LLC

---

TCP'S CORPORATE DISCLOSURE         Case No. C07-4395 JCS
STATEMENT

1 CERTIFICATE OF SERVICE

2  I declare that I am over the age of 18 and am not a party to this action. I am employed in the County of Marin, California. My business address is: Law Offices of John H. Feldmann, III;
3  P.O. Box 150329; San Rafael, CA 94915.

4  On the date below, I served YATES and DREES and RED'S RECOVERY ROOM, INC. a copy of TOWNSEND CAPITAL PARTNERS', LLC CCORPORATE DISCLOSURE
5  STATEMENT. The disclosure statement was served by electronic mail and mail on:

6  Thomas E. Frankovich          Linda Skomro
   tfrankovich@disabilitieslaw.com   Red's Recovery Room, Inc.
7                                 8175 Gravenstein Hwy
                                   Cotati, CA 94931-4126
8

9

10  I e-mail the statement to Frankovich, and placed it in the mail with prepaid postage on it and addressed to Skomro.

11

12  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in San Rafael, California, on January
13  15, 2008.

14
                                              _____
15                                            John H. Feldmann III

16

17

18

19

20

21

22

23

24

25

26

27

28