1  PROVENCHER & FLATT LLP
Gail F. Flatt, CSB #104422
2  823 Sonoma Avenue
Santa Rosa, CA 95404-4714
3  Telephone:  (707) 284-2380
Facsimile: (707) 284-2387
4
Attorneys for Defendant Red's
5  Recovery Room, Inc.

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9  CRAIG YATES, an individual; and          Case No. C 07 4395 JCS
   DISABILTY RIGHTS, ENFORCEMENT,
10 EDUCATION, SERVICES:  HELPING           **ANSWER TO FIRST AMENDED**
   YOU HELP OTHERS, a California public    **COMPLAINT FOR INJUNCTIVE**
11 benefit corporation,                    **RELIEF AND DAMAGES ON**
                                           **BEHALF OF DEFENDANT RED'S**
12              Plaintiffs,                 **RECOVERY ROOM, INC.**

13       v.

14 RED'S RECOVERY ROOM, INC. a Cali-
   fornia corporation and TOWNSEND
15 CAPITAL PARTNERS, LLC,

16

17              Defendants.

18

19       Comes now Defendant Red's Recovery Room, Inc. and answers Plaintiffs'

20 First Amended Complaint ("the Complaint") as follows:

21       1.    Answering Paragraph 1 of the Complaint, defendant Red's recovery

22 Room is a place of public accommodation.  Defendant is without sufficient

23 knowledge or information to form a belief as to the truth of the remaining

24 allegations and on that basis denies those allegations.

25       2.    Answering Paragraph 2, defendant denies that Yates was an invitee,

26 guest, patron, or customer at Red's Recovery Room and denies that it failed to

27 provide proper legal access.  Defendant admits it operates a place of public

28 accommodation in Cotati, California.  Defendant is without sufficient knowledge or

PROVENCHER & FLATT LLP
823 SONOMA AVENUE
SANTA ROSA, CA 95404
(707) 284-2380

                                    1

1  information to form a belief as to the truth as to the remaining allegations and on

2  that basis denies those allegations.

3      3.    Answering Paragraph 3 of the Complaint entitled "Jurisdiction,"

4  defendant admits that the Court has jurisdiction pursuant to 28 USC §1331 and

5  pendent jurisdiction over plaintiffs' state law claims but otherwise denies the

6  remaining allegations in said paragraph.

7      4.    Answering Paragraph 4 of the Complaint, defendant admits that the

8  alleged claims arose in this judicial district, but otherwise denies the remaining

9  allegations in said paragraph.

10     5.    Answering Paragraph 5 of the Complaint, defendant is without

11 sufficient knowledge or information to form a belief as to the truth of the

12 allegations contained in said paragraph, and on that basis denies each and every

13 allegation contained therein.

14     6.    Answering Paragraph 6 of the Complaint, defendant is without

15 sufficient knowledge or information to form a belief as to the truth of the

16 allegations contained in said paragraph, and on that basis denies each and every

17 allegation contained therein.

18     7.    Answering Paragraph 7 of the Complaint, defendant is without

19 sufficient knowledge or information to form a belief as to the truth of the

20 allegations contained in said paragraph, and on that basis denies each and every

21 allegation contained therein.

22     8.    Answering Paragraph 8 of the Complaint, defendant admits that

23 Townsend Capital Partners is the lessor and it is the lessee of a bar at 8175

24 Gravenstein Highway, Cotati, CA.  The remaining allegations in paragraph 8 set

25 forth conclusions of law to which no response is required.

26     9.    Answering Paragraph 9 of the Complaint, defendant admits that Red's

27 Recovery Room is a bar that is open to the general public.  The remaining

28 allegations in paragraph 9 set forth conclusions of law to which no response is

PROVENCHER & FLATT LLP
823 SONOMA AVENUE
SANTA ROSA, CA 95404
(707) 284-2380

2

1 required.

2      10.    Answering Paragraph 10 of the Complaint, defendant denies

3 that it violated any disability access law.   The remaining allegations in paragraph

4 10 set forth conclusions of law to which no response is required.

5      11.    Answering Paragraph 11, defendant admits that Red's Recovery

6 Room is a bar located at 8175 Gravenstein Highway, in Cotati, CA. The remaining

7 allegations in paragraph 11 set forth conclusions of law to which no response is

8 required.

9      12.    Answering Paragraph 12 of the Complaint, defendant is without

10 sufficient knowledge or information to form a belief as to the truth of the

11 allegations contained in said paragraph, and on that basis denies each and every

12 allegation contained therein

13      13.    Answering Paragraph 13 of the Complaint, defendant denies each and

14 every allegation contained therein.

15      14.    Answering Paragraph 14 of the Complaint, defendant is without

16 sufficient knowledge or information to form a belief as to the truth of the

17 allegations contained in said paragraph, and on that basis denies each and every

18 allegation contained therein.

19      15.    Answering Paragraph 15 of the Complaint, defendant is without

20 sufficient knowledge or information to form a belief as to the truth of the

21 allegations contained in said paragraph, and on that basis denies each and every

22 allegation contained therein.

23      16.    Answering Paragraph 16 of the Complaint, defendant is without

24 sufficient knowledge or information to form a belief as to the truth of the

25 allegations contained in said paragraph, and on that basis denies each and every

26 allegation contained therein.

27      17.    Answering Paragraph 17 of the Complaint, defendant is without

28 sufficient knowledge or information to form a belief as to the truth of the

PROVENCHER & FLATT LLP
823 SONOMA AVENUE
SANTA ROSA, CA 95404
(707) 284-2380

3

1    allegations contained in said paragraph, and on that basis denies each and every

2    allegation contained therein.

3        18.    Answering Paragraph 18 of the Complaint, defendant is without

4    sufficient knowledge or information to form a belief as to the truth of the

5    allegations contained in said paragraph, and on that basis denies each and every

6    allegation contained therein.

7        19.    Answering Paragraph 19 of the Complaint, defendant is without

8    sufficient knowledge or information to form a belief as to the truth of the

9    allegations contained in said paragraph, and on that basis denies each and every

10    allegation contained therein.

11        20.    Answering Paragraph 20 of the Complaint, defendant is without

12    sufficient knowledge or information to form a belief as to the truth of the

13    allegations contained in said paragraph, and on that basis denies each and every

14    allegation contained therein.

15        21.    Answering Paragraph 21 of the Complaint, defendant is without

16    sufficient knowledge or information to form a belief as to the truth of the

17    allegations contained in said paragraph, and on that basis denies each and every

18    allegation contained therein.

19        22.    Answering Paragraph 22 of the Complaint, defendant is without

20    sufficient knowledge or information to form a belief as to the truth of the

21    allegations contained in said paragraph, and on that basis denies each and every

22    allegation contained therein.

23        23.    Answering Paragraph 23 of the Complaint, defendant is without

24    sufficient knowledge or information to form a belief as to the truth of the

25    allegations contained in said paragraph, and on that basis denies each and every

26    allegation contained therein.

27        24.    Answering Paragraph 24 of the Complaint, defendant is without

28    sufficient knowledge or information to form a belief as to the truth of the

4

PROVENCHER & FLATT LLP
823 SONOMA AVENUE
SANTA ROSA, CA 95404
(707) 284-2380

1    allegations contained in said paragraph, and on that basis denies each and every

2    allegation contained therein.

3        25.    Answering Paragraph 25 of the Complaint, defendant is without

4    sufficient knowledge or information to form a belief as to the truth of the

5    allegations contained in said paragraph, and on that basis denies each and every

6    allegation contained therein.

7        26.    Answering Paragraph 26 of the Complaint, defendant is without

8    sufficient knowledge or information to form a belief as to the truth of the

9    allegations contained in said paragraph, and on that basis denies each and every

10    allegation contained therein.

11        27.    Answering Paragraph 27 of the Complaint, defendant is without

12    sufficient knowledge or information to form a belief as to the truth of the

13    allegations contained in said paragraph, and on that basis denies each and every

14    allegation contained therein.

15        28.    Answering Paragraph 28 of the Complaint, defendant is without

16    sufficient knowledge or information to form a belief as to the truth of the

17    allegations contained in said paragraph, and on that basis denies each and every

18    allegation contained therein.

19        29.    Answering Paragraph 29 of the Complaint, defendant specifically

20    denies that it violated any disability access laws.  The remaining allegations in

21    paragraph 29 set forth conclusions of law to which no response is required.

22        30.    The allegations in paragraph 30 set forth conclusions of law to which

23    no response is required.

24        31.    Answering Paragraph 31 of the Complaint, defendant is without

25    sufficient knowledge or information to form a belief as to the truth of the

26    allegations that Yates sent letters to the landlord and tenant, what the letters

27    stated and whether or not he received a response, and on that basis denies those

28    allegations.  Defendant denies the remaining allegations in paragraph 31 that do

5

PROVENCHER & FLATT LLP
823 SONOMA AVENUE
SANTA ROSA, CA 95404
(707) 284-2380

1   not set forth conclusions of law to which no response is required and specifically

2   denies that it violated any disability access law.

3        32.    Answering Paragraph 32 of the Complaint, defendant denies each and

4   every allegation contained therein.

5        33.    Answering Paragraph 33 of the Complaint, defendant denies each and

6   every allegation contained therein.

7        34.    Answering Paragraph 34 of the Complaint, defendant denies each and

8   every allegation contained therein.

9        35.    Answering Paragraph 35 of the Complaint, defendant denies each and

10   every allegation contained therein.

11        36.    Answering Paragraph 36 of the Complaint, defendant denies each and

12   every all

13        37.    Answering Paragraph 37 of the Complaint, defendant denies each and

14   every allegation contained therein.

15        38.    Answering Paragraph 38 of the Complaint, defendant denies the

16   allegations that do not set forth conclusions of law to which no response is

17   required and specifically denies that it violated any disability access law and that

18   plaintiffs are entitled to any relief or damages as a result of its conduct.

19        39.    Answering Paragraph 39 of the Complaint, defendant denies the

20   allegations that do not set forth conclusions of law to which no response is

21   required and specifically denies that it violated any disability access law.

22        40.    Answering Paragraph 40 of the Complaint, defendant denies the

23   allegations that do not set forth conclusions of law to which no response is

24   required and specifically denies that it violated any disability access law and that

25   plaintiffs are entitled to any relief or damages as a result of its conduct.

26        41.    Answering Paragraph 41 of the Complaint, defendant denies the

27   allegations that do not set forth conclusions of law to which no response is

28   required and specifically denies that it violated any disability access law and that

PROVENCHER & FLATT LLP
823 SONOMA AVENUE
SANTA ROSA, CA 95404
(707) 284-2380

6

1    plaintiffs are entitled to any relief or damages as a result of its conduct.

2        42.    Answering Paragraph 42 of the Complaint, defendant denies the

3    allegations that do not set forth conclusions of law to which no response is

4    required and specifically denies that it violated any disability access law and that

5    plaintiffs are entitled to any relief or damages as a result of its conduct.

6        43.    Answering Paragraph 43 of the Complaint, defendant denies the

7    allegations that do not set forth conclusions of law to which no response is

8    required and specifically denies that it violated any disability access law or the civil

9    rights of plaintiffs and that plaintiffs are entitled to any relief or damages as a

10    result of its conduct.

11        44.    Answering Paragraph 44 of the Complaint, defendant is without

12    sufficient knowledge or information to form a belief as to the allegations that Yates

13    and DREES would, could and will return to Red's and on that basis denies those

14    allegations.  Defendant denies the remaining allegations in Paragraph 44.

### FIRST CAUSE OF ACTION FOR DENIAL OF ACCESS BY A PUBLIC
### ACCOMMODATION IN VIOLATION OF THE AMERICANS WITH DISABILITIES
### ACT OF 1990

18        45.    Answering Paragraph 45 of the Complaint, defendant incorporates its

19    responses to paragraphs 1 through 44 into this response.

20        46.    The allegations in Paragraph 46 set forth conclusions of law to which

21    no response is required.

22        47.    The allegations in Paragraph 47 set forth conclusions of law to which

23    no response is required.

24        48.    The allegations in Paragraph 48 set forth conclusions of law to which

25    no response is required.

26        49.    The allegations in Paragraph 46 set forth conclusions of law to which

27    no response is required.

28        50.    Answering Paragraph 50 of the Complaint, defendant denies the

7

PROVENCHER & FLATT LLP
823 SONOMA AVENUE
SANTA ROSA, CA 95404
(707) 284-2380

1  allegations that do not set forth conclusions of law to which no response is

2  required and specifically denies that it violated any disability access law and that

3  plaintiffs are entitled to any damages as a result of its conduct.

4    51.    Answering Paragraph 51 of the Complaint, defendant denies the

5  allegations that do not set forth conclusions of law to which no response is

6  required and specifically denies that it violated any disability access law.

7    52.    Answering Paragraph 52 of the Complaint, defendant denies the

8  allegations that do not set forth conclusions of law to which no response is

9  required and specifically denies that it violated any disability access law.

10    53.    Answering Paragraph 53 of the Complaint, defendant denies each and

11  every allegation contained therein.

12    54.    Answering Paragraph 54 of the Complaint, defendant denies each and

13  every allegation contained therein.

14    55.    Answering Paragraph 55 of the Complaint, defendant is without

15  sufficient knowledge or information to form a belief as to the truth of the allegation

16  that Yates has not returned to Red's since on or about July 22, 2007 and on that

17  basis denies it.  Defendant denies the remaining allegation contained therein.

18    56.    Paragraph 56 of the Complaint sets forth a prayer for relief and

19  conclusions of law to which no response is required.

20  **SECOND CAUSE OF ACTION FOR DENIAL OF FULL AND EQUAL ACCESS IN**

21  **VIOLATION OF CALIFORNIA CIVIL CODE §§ 54, 54.1 AND 54.3 ET. SEQ.**

22    57.    Defendant incorporates its responses to paragraphs 1 through 56 of

23  this answer.

24    58.    The allegations in Paragraph 58 set forth conclusions of law to which

25  no response is required.

26    59.    The allegations in Paragraph 59 set forth conclusions of law to which

27  no response is required.

28

PROVENCHER & FLATT LLP
823 SONOMA AVENUE
SANTA ROSA, CA 95404
(707) 284-2380

PROVENCHER & FLATT LLP
823 SONOMA AVENUE
SANTA ROSA, CA 95404
(707) 284-2380

1    60.    The allegations in Paragraph 60 set forth conclusions of law to which

2    no response is required.

3    61.    Answering Paragraph 61 of the Complaint, defendant is without

4    sufficient knowledge or information to form a belief as to the truth of the allegation

5    that Yates and the membership of DREES are persons with physical disabilities

6    and on that basis denies those allegations.    Defendant denies the remaining

7    allegations in paragraph 61 that do not set forth conclusions of law to which no

8    response is required.

9    62.    Answering Paragraph 62 of the Complaint, defendant is without

10    sufficient knowledge or information to form a belief as to the truth of the allegation

11    that Yates is a person with physical disabilities and on that basis denies that

12    allegation.    Defendant denies the remaining allegations in paragraph 62 that do

13    not set forth conclusions of law to which no response is required.

14    63.    Answering Paragraph 63 of the Complaint, defendant denies the

15    allegations that do not set forth conclusions of law to which no response is

16    required and specifically denies that it violated any disability access law.

17    64.    Answering Paragraph 64 of the Complaint, defendant is without

18    sufficient knowledge or information to form a belief as to the truth of the

19    allegations that plaintiffs are person with physical disabilities or an entity

20    representing persons with physical disabilities and on that basis denies those

21    allegations.    Defendant denies the remaining allegations in paragraph 64 that do

22    not set forth conclusions of law to which no response is required.

23    65.    Answering Paragraph 65 of the Complaint, defendant denies the

24    allegations that do not set forth conclusions of law to which no response is

25    required and specifically denies that it violated any disability access law.

26    **THIRD CAUSE OF ACTION FOR DENIAL OF ACCESSIBLE SANITARY**

27    **FACILITIES IN VIOLATION OF HEALTH AND SAFETY CODE § 19955 ET.SEQ.**

28    66.    Defendant incorporates its responses to paragraphs 1 through 65 of

9

1    this answer.

2        67.    The allegations in Paragraph 67 set forth conclusions of law to which

3    no response is required.

4        68.    Answering Paragraph 63 of the Complaint, defendant denies the

5    allegations that do not set forth conclusions of law to which no response is

6    required.

7        69.    Answering Paragraph 69 of the Complaint, defendant denies the

8    allegations that do not set forth conclusions of law to which no response is

9    required.

10       70.    The allegations in Paragraph 70 set forth conclusions of law to which

11   no response is required.

12       71.    Answering Paragraph 70 of the Complaint, defendant denies the

13   allegations that do not set forth conclusions of law to which no response is

14   required.

15       72.    Answering Paragraph 72 of the Complaint, defendant denies the

16   allegations that do not set forth conclusions of law to which no response is

17   required.

18       73.    Paragraph 73 of the Complaint sets forth a prayer for relief and

19   conclusions of law to which no response is required.

20   **FOURTH CAUSE OF ACTION FOR DENIAL OF ACCESS TO FULL AND EQUAL**

21   **ACCOMMODATIONS, ADVANTAGES, FACILITIES, PRIVIELGES AND/OR**

22   **SERVICES IN VIOLATION OF CALIFORNIA CIVIL CODE § 51 ET. SEQ.**

23       74.    Defendant incorporates its responses to paragraphs 1 through 73 of

24   this answer.

25       75.    Answering Paragraph 75 of the Complaint, defendant denies the

26   allegations that do not set forth conclusions of law to which no response is

27   required.

28       76.    Answering Paragraph 76 of the Complaint, defendant denies the

10

PROVENCHER & FLATT LLP
823 SONOMA AVENUE
SANTA ROSA, CA 95404
(707) 284-2380

allegations that do not set forth conclusions of law to which no response is required.

77.    Answering Paragraph 77 of the Complaint, defendant incorporates its responses to paragraphs 45 through 56 and denies the allegations that do not set forth conclusions of law to which no response is required.

78.    Answering Paragraph 78 of the Complaint, defendant denies the allegations that do not set forth conclusions of law to which no response is required.

## AFFIRMATIVE DEFENSES

1.    As a first affirmative defense, defendant asserts that the Complaint and each claim therein are barred by the applicable statutes of limitations.

2.    As a second affirmative defense, defendant asserts that the plaintiffs lack standing to bring each of the claims in the Complaint.

3.    As a third affirmative defense, defendant asserts that it is not subject to the provisions of California Health & Safety Code §19955 in that Red's Recovery Room were constructed prior to 1970 and no alterations of the premises have been undertaken.

4.    As a fourth affirmative defense, defendant asserts that plaintiffs failed to mitigate their damages, if any.

5.    As a fifth affirmative defense, defendant has and continues to make appropriate alterations to its existing facilities, to the extent that such alterations are "readily achievable."  Insofar as defendant has not made the alteration to its existing facilities that plaintiffs contends should have been made those alterations were not and are not required under Federal or California law, as those alterations were not and are not "readily achievable."

6.    As a sixth affirmative defense, insofar as defendant has not made alterations to its existing facilities which plaintiffs contends should have been made, those changes were not and are not required under Federal or California

11

PROVENCHER & FLATT LLP
823 SONOMA AVENUE
SANTA ROSA, CA 95404
(707) 284-2380

PROVENCHER & FLATT LLP
823 SONOMA AVENUE
SANTA ROSA, CA 95404
(707) 284-2380

1    law, and any requirement to make those changes would impose an undue burden

2    upon defendant.

3        7.    As a seventh affirmative defense, as a consequence of the conduct

4    attributable to plaintiffs in connection with the alleged incidents that are the

5    subject of this litigation and the bringing of this claim, plaintiffs have waived any

6    right to secure relief from defendant.

7        8.    As an eighth affirmative defense, as a consequence of the conduct

8    attributable to plaintiff in connection with the alleged incidents that are the

9    subject of this litigation and the bringing of this claim, plaintiffs are estopped from

10   securing any relief from defendant.

11       WHEREFORE, defendants pray as follows:

12       1.    That plaintiffs take nothing by reason of their complaint, that

13   judgment be rendered in favor of defendant;

14       2.    That defendant be awarded their costs of suit incurred in defense of

15   this action;

16       3.    And for such other and further relief as the Court deems proper.

17   Dated: January 18, 2008                PROVENCHER & FLATT LLP

18

19                                By:    s/ GAIL F. FLATT
                                         Gail F. Flatt
20                                       Attorneys for Defendant
                                         Red's Recovery Room, Inc.

21

22

23

24

25

26

27

28

Red's Recovery Room, Inc.'s Answer to First Amended Complaint         *Yates v. Red's Recovery Room*
                                                                      Case No. C07-4395 JCS