THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs CRAIG YATES
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>           Plaintiffs,<br><br>v.<br><br>RED'S RECOVERY ROOM, INC., a California corporation and TOWNSEND CAPITAL PARTNERS, LLC<br><br>           Defendants. | **CASE NO. C07-4395 JCS**<br><br>**NOTICE OF NEED FOR MEDIATION (ADA ACCESS CASES)** |

Plaintiff reports that the joint site inspection occurred on January 23, 2008. Although 45 days have passed, the parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.
.

Dated: February 26, 2008         THOMAS E. FRANKOVICH
                                 *A PROFESSIONAL LAW CORPORATION*


                                 By: _____/s/_____
                                       THOMAS E. FRANKOVICH
                                 Attorneys for Plaintiffs CRAIG YATES and
                                 DISABILITY RIGHTS, ENFORCEMENT,
                                 EDUCATION SERVICES: HELPING YOU HELP
                                 OTHERS