# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Yates,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Disability Rights Enforcement Education Services:,<br><br>　　　　　　Defendant(s). | 07-04395 JCS MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Robin W. Siefkin**
US District Court - ADR Unit
450 Golden Gate Ave., 16th Fl.
San Francisco, CA 94102
415-522-4636
Robin_Siefkin@cand.uscourts.gov

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04395 JCS MED　　　　　　　　　　- 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

Dated: March 5, 2008

>RICHARD W. WIEKING
>Clerk
>by:     Alice M. Fiel
>
>_____
>ADR Case Administrator
>415-522-3148
>Alice_Fiel@cand.uscourts.gov

United States District Court
Northern District of California

**Notice of Appointment of Mediator**
07-04395 JCS MED                    - 2 -