| | |
|---|---|
| 1 | JOHN H. FELDMANN III (State Bar No. 61096)<br>LAW OFFICES OF JOHN H. FELDMANN III |
| 2 | 211 Forbes Ave.<br>P.O. BOX 150329 |
| 3 | SAN RAFAEL, CA 94915<br>Telephone: (415) 453-8249 |
| 4 | Facsimile: (415) 453-5872 |
| 5 | Attorney for Defendant<br>TOWNSEND CAPITAL PARTNERS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and, a California public benefit corporation<br><br>    Plaintiffs,<br><br>vs.<br><br>RED'S RECOVERY ROOM, INC., a California corporation and TOWNSEND CAPITAL PARTNERS, LLC,<br>    Defendants. | Case No. C07-4395 JCS<br><br>**NOTICE OF APPEARANCE** |

     Pursuant to the Substitution of Attorney filed on behalf of Townsend Capital Partners, LLC ("TCP"), the Law Offices of John H. Feldmann III is filing this notice of appearance as the attorney of record for TCP.

DATED: May 13, 2008

LAW OFFICES OF JOHN H. FELDMANN III

By: _____/s/_____
      John H. Feldmann III

Attorney for Defendant
TOWNSEND CAPITAL PARTNERS, LLC