<u>CERTIFICATE OF SERVICE</u>

I declare that I am over the age of 18 and am not a party to this action. I am employed in the County of Marin, California. My business address is: Law Offices of John H. Feldmann, III; P.O. Box 150329; San Rafael, CA 94915.

On the date below, I served YATES and DREES and RED'S RECOVERY ROOM, INC. a copy of TOWNSEND CAPITAL PARTNERS', LLC NOTICE OF APPEARANCE. The notice was served by electronic mail on:

| Thomas E. Frankovich | Gail F. Flatt |
| tfrankovich@disabilitieslaw.com | gff@provlaw.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in San Rafael, California, on May 13, 2008.

_____/s/_____
John H. Feldmann III