MICHAEL O. GLASS (State Bar No. 191275)
LAW OFFICES OF MICHAEL O. GLASS
900 Fifth Avenue, Suite 100
San Rafael, CA  94901
(415) 454-8485
(415) 454-8423 (fax)

Attorneys for Defendant
TOWNSEND CAPITAL PARTNERS, LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and a California public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RED'S RECOVERY ROOM, INC., a California corporation and TOWNSEND CAPITAL PARTNERS, LLC,<br><br>Defendants. | Case No. C07-4395 JCS<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

Defendant TOWNSEND CAPITAL PARTNERS, LLC hereby substitutes its' former legal

representative, Michael O. Glass, Esq., Law Offices of Michael O. Glass with its' new legal representative as

follows:

**John H. Feldmann III**
**Law Offices of John H. Feldmann III**
**211 Forbes Avenue**
**P.O. Box 150329**
**San Rafael, CA  94915**
**(415) 453-8249**
**(415) 453-5872 (facsimile)**

I consent to this substitution.

Dated:  April 24, 2008          TOWNSEND CAPITAL PARTNERS, LLC

                                                    /s/

                                    By: _____
                                    Name: _____

**Substitution of Attorney    -   -   Case No. C07-4395 JCS**

I consent to this substitution.

Dated:  April 28, 2008                    LAW OFFICES OF MICHAEL O. GLASS

                                                          /s/

                                          By: _____
                                                Michael O. Glass


I consent to this substitution.

Dated:  April 28, 2008                    LAW OFFICES OF JOHN H. FELDMANN III

                                                          /s/

                                          By: _____
                                                John H. Feldmann III

Dated:  May 13, 2008          

**YATES v. RED'S RECOVERY ROOM, et al**
**United States District Court Northern Division Case No.:  C07-4395 JCS**

**PROOF OF SERVICE**

I declare that I am over the age of eighteen years and not a party to the within entitled action. I am employed in the County of Marin, California.  My business address is Law Offices of Michael O. Glass, 900 Fifth Avenue, Suite 100, San Rafael, CA  94901.

On the date below, I served YATES and DREES and RED'S RECOVERY ROOM, INC. a copy of TOWNSEND CAPITAL PARTNERS', LLC *SUBSTITUTION OF ATTORNEY*.   The substitution of attorney was served by electronic mail and mail on:

Thomas E. Frankovich                          Linda Skomro
trankovich@disabilitieslaw.com        Red's Recovery Room, Inc.
                                                           8175 Gravenstein Hwy
                                                           Cotati, CA  94931-4126

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on April 24, 2008, at San Rafael, California.


_____
                        Kathleen D. Vargas