```
FILED
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

E-filing

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| Yates,<br><br>    Plaintiff(s),<br><br>  v.<br><br>Disability Rights Enforcement Education Services:,<br><br>    Defendant(s). | No. C 07-04395 JCS MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __7/17/08__

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☒ phone discussions expected by (date) __7/24/08 (and ongoing)__
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☐ YES    ☒ NO

   Dated: __8/20/08__    _____
   Mediator, Robin W. Siefkin
   US District Court - ADR Unit
   450 Golden Gate Ave., 16th Fl.
   San Francisco, CA 94102

**Certification of ADR Session**
07-04395 JCS MED