```
 1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
 2 | THOMAS E. FRANKOVICH,
   | *A Professional Law Corporation*
 3 | 4328 Redwood Hwy., Suite 300
   | San Rafael, CA 94903
 4 | Telephone:   415/674-8600
   | Facsimile:   415/674-9900
 5 |
 6 | Attorneys for Plaintiffs CRAIG YATES
   | and DISABILITY RIGHTS ENFORCEMENT,
 7 | EDUCATION SERVICES: HELPING YOU
   | HELP OTHERS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>RED'S RECOVERY ROOM, INC., a California corporation and TOWNSEND CAPITAL PARTNERS, LLC<br><br>    Defendants<br>_____ | **CASE NO. C07-4395 JCS**<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

**TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law Corporation*, has changed its address from: 2806 Van Ness Avenue, San Francisco, California, 94109 to the following:

**4328 Redwood Hwy, Suite 300**

**San Rafael, California, 94903**

The telephone number and fax number remain the same.

Dated: September 4, 2008    THOMAS E. FRANKOVICH,
    *A PROFESSIONAL LAW CORPORATION*

    By: _____/S/_____
        THOMAS E. FRANKOVICH
        Attorneys for Plaintiffs