THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:     415/674-8600
Facsimile:     415/674-9900

Attorneys for Plaintiffs CRAIG YATES
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>RED'S RECOVERY ROOM, INC., a California corporation; and TOWNSEND CAPITAL PARTNERS, LLC<br><br>        Defendants | **CASE NO. CV-07-4395-JCS**<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

///

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

2  their designated counsel that the above-captioned action be and hereby is dismissed with

3  prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

4    This stipulation may be executed in counterparts, all of which together shall constitute

5  one original document.

6

7  Dated: January 21, 2009                 THOMAS E. FRANKOVICH,
                                           *A PROFESSIONAL LAW CORPORATION*
8

9                                          By: _____/S/_____
                                                  Thomas E. Frankovich
10                                         Attorneys for Plaintiffs CRAIG YATES and
                                           DISABILITY RIGHTS ENFORCEMENT,
11                                         EDUCATION SERVICES

12

13 Dated: January 23, 2009                 JOHN H. FELDMANN, III
                                           Law Office of John H. Feldmann, III
14

15                                         By: _____/S/_____
                                                  John H. Feldmann, III
16                                         Attorneys for Defendant TOWNSEND CAPITAL
                                           PARTNERS, LLC
17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CV-07-4395-JCS      -2-

Dated: January 21, 2009                  GAIL F. FLATT,
Provencher & Flatt LLP

By: _____ /S/ _____
                           Gail F. Flatt
Attorneys for Defendant RED'S RECOVERY
ROOM, INC. a California corporation

## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

DATED: ____January 26____, 2009

_____
Honorable
United States Magistrate Judge